# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2021

161324

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEREK JEFFREY MESHKIN,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161324
COA: 348831
Allegan CC: 18-021494-FC

On order of the Court, the application for leave to appeal the April 30, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief addressing: (1) whether the defendant was denied his constitutional right to present a defense by the exclusion of expert testimony that the complainant suffered from Reactive Attachment Disorder (RAD); and (2) whether the defendant was denied a fair trial by the prosecutor's cross-examination of Albert Meshkin insinuating that the defendant had sexually assaulted his sister or sister-in-law, see *People v Whitfield*, 425 Mich 116, 128-134 (1986), and *People v Dorrikas*, 354 Mich 303 (1958). The appellant's brief shall be filed by October 25, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2021



Clerk

t0622